UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In The Matter of the Search of                       )
                                                     )
Express Mail Parcel EK 076133727 US, addressed       )    M.J./Court No. _____
to Evangelia Gonzalez, 9 Northeast ST APT 4D,        )
Holyoke MA 01040 and bearing a return address of     )
Julia Gonzalez, HCOI BOX 1530, Salinas P.R.          )
00751                                                )

## MOTION TO SEAL

The United States of America respectfully moves this Court to seal the search warrant application, supporting affidavit, search warrant, this motion, any ruling on this motion, and all related paperwork until further order of this Court. The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents which the United States Attorney has filed in the above-styled matter. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
TODD E. NEWHOUSE
Assistant U.S. Attorney