

Exhibit A



Exhibit B



Exhibit C

## Attachment B

1. All records, including correspondence, books, notes, documents, and materials, found within the Subject Parcel.

2. Amounts of U. S. currency and currency equivalents, such as cashier's checks, traveler's checks, money orders, bank drafts, stocks, or bonds.

3. Cocaine, marijuana, and any and all controlled substances and any items which the controlled substances are concealed within.

4. Scales, cutting agents, packaging materials, instruments or devises designed for the illegal use, possession, distribution or manufacture of controlled substance.

All of the above constitute evidence, fruits, instrumentalities or a crime, namely violations of Title 21, United States Code, Sections 841 (a) (1) and 846.