AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

*2014 FEB -4 P 3: 42*

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )   Case No.   14-MJ-3012-KPN |
| Express Mail Parcel EK 076133727 US, addressed to | ) |
| Evangelia Gonzalez, 9 Northeast ST APT 4D, Holyoke | ) |
| MA 01040 | ) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Massachusetts _____
*(identify the person or describe the property to be searched and give its location)*:

Express Mail Parcel EK 076133727 US, addressed to Evangelia Gonzalez, 9 Northeast ST APT 4D, Holyoke MA 01040 (the "Subject Parcel "), which is more particularly described in Attachment A attached hereto.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See attachment B attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before  *Febuary 6, 2014*  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Kenneth P. Neiman _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  *January 30, 2014 @ 4:01 p.m.*           _____
                                                                                          *Judge's signature*

City and state:      Springfield, Massachusetts           _____ Kenneth P. Neiman, USMJ _____
                                                                                          *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>14-MJ-3012-KPN | Date and time warrant executed:<br>1-30-14   4:45PM | Copy of warrant and inventory left with:<br>EvANgelina GonzAlez |
| Inventory made in the presence of :<br>MSP TRP FRed Geiger | | |
| Inventory of the property taken and name of any person(s) seized: | | |

2 Kilos of Cocaine

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   1-30-14

_____
Executing officer's signature

RicHARD TRAcy  US PoSTAl INSPector
*Printed name and title*

## ATTACHMENT A

Express Mail Parcel EK 076133727 US, addressed to Evangelia Gonzalez, 9 Northeast ST APT 4D, Holyoke MA 01040 and bearing a return address of Julia Gonzalez, HCOI BOX 1530, Salinas P.R. 00751 (the "Subject Parcel ").

The Subject Parcel has a postage meter applied to the parcel in the amount of postage totaling $ **86.70** that was issued out of the Salinas P.R. Post Office on January 28, 2014.

The parcel measures approximately 12 inches by 10 inches, is approximately 8 inches in thickness, and weighs approximately **10 LBS 6** ounces.

A copy of the mail label for the Subject Parcel is attached to this affidavit as **Exhibit A**. The Subject Parcel has a postage meter applied to the parcel in the amount of postage totaling $ **86.70** that was issued out of the Salinas P.R. Post Office on January 28, 2014. A copy of the postage meter is attached to this affidavit as **Exhibit B**. The parcel measures approximately 12 inches by 10 inches, is approximately 8 inches in thickness, and weighs approximately **10 LBS 6** ounces. A copy of a picture of the express mail parcel is attached to this affidavit as **Exhibit C**.



Exhibit A



Exhibit B



Exhibit C

### Attachment B

1. All records, including correspondence, books, notes, documents, and materials, found within the Subject Parcel.

2. Amounts of U. S. currency and currency equivalents, such as cashier's checks, traveler's checks, money orders, bank drafts, stocks, or bonds.

3. Cocaine, marijuana, and any and all controlled substances and any items which the controlled substances are concealed within.

4. Scales, cutting agents, packaging materials, instruments or devises designed for the illegal use, possession, distribution or manufacture of controlled substance.

All of the above constitute evidence, fruits, instrumentalities or a crime, namely violations of Title 21, United States Code, Sections 841 (a) (1) and 846.